# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SHAUN TAYLOR,<br><br>    Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT,<br>KEITH FRANCE,<br><br>    Defendant. | 2:18-cv-01264-KJD-VCF<br><br>**ORDER** |

  Before the court is the Motion to Extend Time for Service (ECF NO. 6).

  Fed. R. Civ. P. 4(m) requires a defendant to be served within 90 days after the complaint is filed. If "the plaintiff shows good cause for the failure [to serve a defendant within that time-frame], the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m). Plaintiff asserts that additional time is required to effect service, and asks this court to extend the 4(m) deadline an additional 30 days. *Id* at p. 2.

  Given that Plaintiff has demonstrated "good cause" for her failure to effectuate service, the court will extend the 4(m) deadline, up to and including November 6, 2018. See Fed. R. Civ. P. 4(m).

  Accordingly,

  IT IS HEREBY ORDERED that Motion to Extend Time for Service (ECF NO. 6) is GRANTED.

  IT IS FURTHER ORDERED that the deadline to effect service of process is extended up to and including November 6, 2018 for Defendants Clark County School District and Keith France.

  DATED this 25th day of October, 2018.

                          CAM FERENBACH
                          UNITED STATES MAGISTRATE JUDGE