ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
501 S. 7th St.
Las Vegas, NV 89101
Phone: (702) 979-4676
Fax: (702) 979-4121
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SHAUN TAYLOR,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CLARK COUNTY SCHOOL DISTRICT, KEITH FRANCE, an individual, DOES I through X, and ROE CORPORATIONS I through X,<br><br>　　　　　　Defendant. | Case No.:　2:18-cv-1264-KJD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO MOTION TO DISMISS [ECF No. 15]**<br><br>[FIRST REQUEST] |

　　　Plaintiff SHAUN TAYLOR and Defendants CLARK COUNTY SCHOOL DISTRICT and KEITH FRANCE (collectively, "the parties") hereby stipulate and agree as follows:

　　　1. On November 19, 2018, Clark County School District and Keith France filed their Motion to Dismiss [ECF. No. 15].

　　　2. Ms. Taylor's deadline to respond to the Motion to Dismiss is December 3, 2018.

　　　3. Counsel for Plaintiff needs additional time to respond to the Motion to Dismiss.

///

///

///

///

///

1

4. The parties agree that Ms. Taylor's deadline to respond to the Motion to Dismiss shall be extended by four days, through and including **December 7, 2018**.

5. This stipulation is made in good faith and not for the purpose of delay.

DATED this 30th day of November, 2018.

| | |
|---|---|
| LIZADA LAW FIRM, LTD. | CLARK COUNTY SCHOOL DISTRICT OFFICE OF THE GENERAL COUNSEL |
| /s/ Angela J. Lizada_____ | /s/ Crystal J. Herrera_____ |
| ANGELA J. LIZADA, ESQ. | S. SCOTT GREENBERG, ESQ. |
| Nevada Bar No. 11637 | Nevada Bar No. 4622 |
| 501 S. 7th St. | CRYSTAL J. HERRERA, ESQ. |
| Las Vegas, NV 89101 | Nevada Bar No. 12396 |
| *Attorney for Plaintiff* | 5100 W Sahara Avenue |
| | Las Vegas, NV 89146 |
| | *Attorney for Defendants* |

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

  December 3, 2018_____
DATED