# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAUN TAYLOR,

    Plaintiff(s),

v.

CLARK COUNTY SCHOOL DISTRICT, *et al*.,

    Defendant(s).

Case No.: 2:18-cv-1264-KJD-VCF

**Order**

[Docket No. 24]

Pending before the Court is Defendants' motion to excuse the individually named defendant, Keith France, from attendance at the Early Neutral Evaluation ("ENE") scheduled for January 29, 2019. Docket No. 24. A response shall be filed by December 27, 2018, and any reply shall be filed by December 28, 2108.

IT IS SO ORDERED.

Dated: December 20, 2018

                                                                  Nancy J. Koppe
                                                                  United States Magistrate Judge

1