**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAUN TAYLOR, | Case No.: 2:18-cv-01264-KJD-VCF |
| Plaintiff(s), | **Order** |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, *et al.*, | |
| Defendant(s). | |

The Court issued an order on November 17, 2018, required the attorneys for each party to submit a written Early Neutral Evaluation ("ENE") statement no later than January 22, 2019. Docket No. 17. Plaintiff's counsel submitted a written ENE statement that is woefully deficient. Accordingly, Plaintiff's counsel is **ORDERED** to submit a complete written ENE statement that fully complies with the Court's order at Docket No. 17 directly to chambers no later than 3:00 p.m. on January 25, 2019.

IT IS SO ORDERED.

Dated: January 23, 2019

_____
Nancy J. Koppe
United States Magistrate Judge