# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SHAUN TAYLOR, | Case No. 2:18-cv-01264-KJD-VCF |
| Plaintiff, | ORDER |
| v. | |
| CLARK COUNTY SCHOOL DISTRICT, *et al*, | |
| Defendants. | |

Presently before the Court is Defendants' Motion to Dismiss (#40). Plaintiff filed a response in opposition (#41) to which Defendants replied (#43).

On June 11, 2019, the Court granted (#36) Defendants' first motion to dismiss. The Court found that Plaintiff had failed to meet the filing deadline on her Title VII claims and that the state law claims lacked foundation. However, Defendants had not moved to dismiss Plaintiff's Family Medical Leave Act ("FMLA") claim and the Court granted Plaintiff leave to amend the dismissed state law claims.[1] On July 2, 2019, Plaintiff filed the present First Amended Complaint (#39), but did not include the FMLA claim. The First Amended Complaint did reassert the claims for defamation and intentional infliction of emotional distress against Defendant Keith France.

Absent the federal claims, the Court no longer has original jurisdiction and only exercises supplement jurisdiction over the remaining state law claims. See 28 U.S.C. § 1367(a). The Court may decline to exercise supplemental jurisdiction over remaining state law claims when the only federal claims are extinguished. See 28 U.S.C. § 1367(c)(3); Parra v. PacifiCare of Az., Inc., 715

---

[1] Before filing the amended complaint in the present action, Defendant filed a new and separate complaint for retaliation on June 12, 2019 based on a right-to-sue letter received on March 13, 2019. See Taylor v. CCSD, 2:19-cv-00999-GMN-EJY (D. Nev. June 12, 2019).

F.3d 1146, 1156 (9th Cir. 2013). Therefore, the Court declines to exercise supplemental jurisdiction over the state law claims and, given that they were originally filed in this court, *sua sponte* dismisses them without prejudice.

Accordingly, IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (#40) is **DENIED without prejudice**;

IT IS FURTHER ORDERED that Plaintiff's remaining claims for defamation and intentional infliction of emotional distress against Defendant Keith France are **DISMISSED without prejudice**;

IT IS FURTHER ORDERED that the Clerk of the Court enter **JUDGMENT** for Defendants Clark County School District and Keith France and against Plaintiff on Plaintiff's Title VII claims for racial discrimination and retaliation and Plaintiff's state law claim for abuse of process;

IT IS FINALLY ORDERED that the Clerk of the Court close this case.

Dated this 20th day of March, 2020.

                                                Kent J. Dawson
                                                United States District Judge